People v Wallace (2025 NY Slip Op 04047)

People v Wallace

2025 NY Slip Op 04047

Decided on July 03, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: July 03, 2025

Before: Kern, J.P., Kennedy, Kapnick, Scarpulla, O'Neill Levy, JJ. 

Ind No. 1851/18|Appeal No. 4680|Case No. 2020-02149|

[*1]The People of the State of New York, Respondent,
v
Nicholas Wallace, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Naila S. Siddiqui of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Aidan Sanchez of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Marsha Michael, J. at plea; Guy Mitchell, J. at sentencing), rendered February 26, 2020, convicting defendant of criminal possession of a weapon in the third degree, and sentencing him to a term of five years of probation, unanimously affirmed.
"The combination of the court's colloquy and the detailed written waiver that defendant signed after consultation with counsel satisfied the requirements of a valid waiver" (People v Commisso, 224 AD3d 463, 464 [1st Dept 2024], lv denied 41 NY3d 1001 [2024]). "While the court did not enumerate the claims that survived the waiver of appeal during its colloquy, the written waiver listed them, and the court confirmed that defendant reviewed the waiver with counsel and understood it" (People v Holmes, 235 AD3d 435, 435 [1st Dept 2025]).
Defendant's valid waiver of his right to appeal forecloses review of his challenge to the validity of the search warrant and protective order (see People v Haynie, 190 AD3d 654 [1st Dept 2021], lv denied 37 NY3d 965 [2021]). As an alternative holding, we reject defendant's claim on the merits. We find, based on our in camera review of sealed materials, that there was probable cause to issue a search warrant. We decline to revisit this Court's prior order, which denied defendant's motion to unseal these materials (People v Meran, 143 AD3d 423 [1st Dept 2016], lv denied 28 NY3d 1074 [2016]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: July 3, 2025